# EXHIBIT A

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

August 29 2023 3:27 PM

CONSTANCE R. WHITE
COUNTY CLERK
NO: 23-2-09361-1

**SUPERIOR COURT OF WASHINGTON FOR PIERCE COUNTY**
**CASE COVER SHEET / CIVIL CASE**

Case Title BASSAM ZAAFAN VS. UMPQUA BANK

Case Number 23-2-09361-1

Atty/Litigant Kaleigh Nicole Boyd

Bar# 52684        Phone (206) 340-5991

Address 1200 5th Ave Ste 1700

City SEATTLE                    State WA

Zip Code 98101

Email Address_____

Please check one category that best describes this case for indexing purposes.
*If you cannot determine the appropriate category, Please describe the cause of action below.  This will create a Miscellaneous cause which is not subject to PCLR 3.*

**APPEAL / REVIEW**
___Administrative Law Review (ALR 2) REV 6
___Civil, Non-Traffic (LCA 2) REV 6
___Civil, Traffic (LCI 2) REV 6
___Land Use Petition (LUP 2) LUPA

**CONTRACT / COMMERCIAL**
___Breach of Contract, Commercial Non-Contract
___ or Commercial-Contract (COM 2) STANDARD
___Third Party Collection (COL 2) REV 4

**JUDGEMENT**
___Judgement, Another County or Abstract
___ Only (ABJ 2) Non PCLR
___Transcript of Judgement (TRJ 2) Non PCLR
___Foreign Judgement Civil or Judgement,
___ Another State (FJU 2) Non PCLR

**TORT / MOTOR VEHICLE**
___Death, Non-Death Injuries or Property
___ Damage Only (TMV 2) STANDARD

**TORT / NON MOTOR VEHICLE**
___Other Malpractice (MAL 2) COMPLEX
___Personal Injury (PIN 2) STANDARD
✔Property Damage (PRP 2) STANDARD
___Wrongful Death (WDE 2) STANDARD
___Other Tort, Products Liability or Asbestos
___ (TTO 2) COMPLEX

**PROPERTY RIGHTS**
___Condemnation (CON 2) STANDARD
___Foreclosure (FOR 2) REV 4
___Property Fairness (PFA 2) STANDARD
___Quiet Title (QTI 2) STANDARD
___Unlawful Detainer / Eviction (UND 2) REV 4
___Unlawful Detainer / Contested (UND 2) REV 4

**OTHER COMPLAINT OR PETITION**
___Compel/Confirm Bind Arbitration, Deposit of
___ Surplus Funds, Interpleader, Subpoenas, Victims'
___ Employment Leave, or Wireless Number Disclosure,
___ Miscellaneous (MSC 2) REV 4
___Injunction (INJ 2) REV 4
___Malicious Harassment (MHA 2) Non PCLR
___Meretricious Relationship (MER 2) REV 4
___Minor Settlement/No Guardianship (MST2) REV 4
___Pet for Civil Commit/Sex Predator (PCC2) REV 4
___Property Damage Gangs (PRG 2) REV 4
___Relief from Duty to Register (RDR) REV 12
___Restoration of Firearm Rights (RFR 2) REV 4
___Seizure of Property/Comm. of Crime (SPC2) REV 4
___Seizure of Property Result from Crime (SPR2) REV 4
___Trust/Estate Dispute Resolution (TDR2) REV 12
___Restoration of Opportunity (CRP) REV 4

**TORT / MEDICAL MALPRACTICE**
___Hospital, Medical Doctor, or Other Health Care
___ Professional (MED2) COMPLEX

**WRIT**
___Habeas Corpus (WHC 2) REV 4
___Mandamus (WRM 2) REV 4
___Review (WRV 2) REV 4
___Miscellaneous Writ (WMW 2) REV 4

**MISCELLANEOUS**_____

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

August 29 2023 3:27 PM

CONSTANCE R. WHITE
COUNTY CLERK
NO: 23-2-09361-1

**IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON**
**IN AND FOR PIERCE COUNTY**

BASSAM ZAAFAN

Plaintiff(s)

Vs.

UMPQUA BANK

Defendant(s)

No.  23-2-09361-1

ORDER SETTING CASE SCHEDULE

| | |
|---|---|
| Type of case: | PRP |
| Estimated Trial (days): | |
| Track Assignment: | Standard |
| Assignment Department: | 13 |
| Docket Code: | **ORSCS** |

| | |
|---|---|
| Confirmation of Service - All Parties Served | 9/26/2023 |
| Confirmation of Joinder of Parties, Claims and Defenses | 12/26/2023 |
| Jury Demand | 1/2/2024 |
| Plaintiff's/Petitioner's Disclosure of Primary Witnesses | 2/20/2024 |
| Defendant's/Respondent's Disclosure of Primary Witnesses | 3/19/2024 |
| Disclosure of Rebuttal Witnesses | 5/7/2024 |
| Deadline for Filing Motion to Adjust Trial Date | 6/4/2024 |
| Discovery Cutoff | 7/9/2024 |
| Exchange of Witness and Exhibit Lists and Documentary Exhibits | 7/23/2024 |
| Deadline to file Certificate or Declaration re: Alternative Dispute Resolution | 7/30/2024 |
| Deadline for Hearing Dispositive Pretrial Motions | 7/30/2024 |
| Joint Statement of Evidence | 7/30/2024 |
| Pretrial Conference | Week of 8/13/2024 |
| Trial | 8/27/2024 9:00 |

**NOTICE TO PLAINTIFF/PETITIONER**

If the case has been filed, the plaintiff shall serve a copy of the Case Schedule on the defendant(s) with the summons and complaint/petition: Provided that in those cases where service is by publication the plaintiff shall serve the Case Schedule within five (5) court days of service of the defendant's first response/appearance. If the case has not been filed, but an initial pleading is served, the Case Schedule shall be served within five (5) court days of filing. See PCLR 3.

A FREE LINX account is required in order to access electronic services (including e-filing, e-service, order submissions, etc). You can setup your free LINX account here: **https://www.piercecountywa.gov/374/E-Filing**

**NOTICE TO ALL PARTIES**

All attorneys and parties shall make themselves familiar with the Pierce County Local Rules, particularly those relating to case scheduling. Compliance with the scheduling rules is mandatory and failure to comply shall result in sanctions appropriate to the violation. If a statement of arbitrability is filed, PCLR 3 does not apply while the case is in arbitration.

Dated: August 29, 2023

Judge Matthew Hummel Thomas
Department 13

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

August 29 2023 3:27 PM

CONSTANCE R. WHITE
COUNTY CLERK
NO: 23-2-09361-1

1

2

3

4

5

6               IN THE SUPERIOR COURT FOR THE STATE OF WASHINGTON
                         IN AND FOR PIERCE COUNTY
7

8   BASSAM ZAAFAN, individually and on
    behalf of all others similarly situated,
9                                                    NO.
                        Plaintiff,
10                                                   SUMMONS
           v.
11
    UMPQUA BANK,
12
                        Defendant.
13

    TO:     Umpqua Bank
14          5005 Meadows Rd Ste 400
            Lake Oswego, OR, 97035-4291
15
            A lawsuit has been started against you in the above-entitled Court by the above-named
16
    Plaintiff.  Plaintiff's claims are stated in the written Complaint, a copy of which is served upon
17
    you with this Summons.
18
            In order to defend against this lawsuit, you must respond to the Complaint by stating
19
    your defense in writing, and serve a copy upon the undersigned attorneys for Plaintiff within 60
20
    days after the service of this Summons, excluding the day of service.  If you do not respond, a
21
    default judgment may be entered against you without notice.  A default judgment is one in
22
    which Plaintiff is entitled to what it asks for because you have not responded.  If you serve a
23
    notice of appearance on the undersigned attorneys, you are entitled to notice before a default
24
    judgment may be entered.
25

26

27

SUMMONS - 1

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

1    You may demand that Plaintiff file this lawsuit with the Court. If you do so, the

2  demand must be in writing and must be served upon Plaintiff. Within 14 days after you serve

3  the demand, Plaintiff must file this lawsuit with the Court, or the service on you of this

4  Summons and Complaint will be void.

5    If you wish to seek the advice of an attorney in this matter, you should do so promptly

6  so that your written response, if any, may be served on time.

7

8    This Summons is issued pursuant to Rule 4 of the Superior Court Civil Rules of the

9  state of Washington.

10 Dated: August 29, 2023

11                                    **TOUSLEY BRAIN STEPHENS PLLC**

12
                                     By: s/ *Kaleigh N. Boyd*
13                                        Kaleigh N. Boyd, WSBA #52684
                                          1200 Fifth Avenue, Suite 1700
14                                        Seattle, WA 98101
                                          Tel: (206) 682-5600/Fax: (206) 682-2992
15                                        *kboyd@tousley.com*

16
                                          M. Anderson Berry*
17                                        *aberry@justice4you.com*
                                          Gregory Haroutunian*
18                                        *gharoutunian@justice4you.com*
                                          Brandon P. Jack*
19                                        *bjack@justice4you.com*
20                                        **CLAYEO C. ARNOLD**
                                          **A PROFESSIONAL CORPORATION**
21                                        865 Howe Avenue
                                          Sacramento, CA 95825
22                                        Telephone: (916) 239-4778
                                          Fax: (916) 924-1829
23
                                          *Pro Hac Vice Application Forthcoming
24

25                                        *Attorneys for Plaintiff and the Class*

26

27

SUMMONS - 2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

SUMMONS - 3

**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 ● FAX 206.682.2992

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

September 26 2023 12:18 PM

CONSTANCE R. WHITE
COUNTY CLERK
NO: 23-2-09361-1

# FORM D

**IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON FOR PIERCE COUNTY**

Bassam Zaafan,
Plaintiff
v
Umpqua Bank,
Defendant

**CAUSE NO.**   23-2-09361-1

**CONFIRMATION OF SERVICE**
Docket Code: CS, CSSRV

CS  ☑  All the named defendants/ petitioners/respondents have been served, have joined or have accepted service in writing.  (Check if appropriate; otherwise, check the box below.)

CSSRV  ☐  One or more named defendants have not yet been served. (If this box is checked, an additional confirmation of service must be filed pursuant to subsection (b) when service is obtained and the following information provided.

The following defendants have been served or accepted service: __Umpqua Bank_____
_____

The following defendants have not yet been served: _____
_____

Reasons why service has not been obtained: _____
_____

How service will be obtained: _____
_____

Date by which service is expected to be obtained: _____

No other named defendants remain to be served.

A status conference is requested  regarding: _____
_____

**Family Law Cases only (PCLR 40(d):**  The following petitioner/respondent has been served or accepted service of the Order Setting Case Schedule issued at filing: _____
_____

If Service has not been made, state the reasons why and the date by which service will be accomplished:
_____
_____

Date_9.26.23_____          Attorney or Party_Kaleigh N. Boyd, Attorney for Plaintiff____
                                 WSBA #_52684_____

Revised 09/2020

1
2
3
4
5
6
7

IN THE SUPERIOR COURT FOR THE STATE OF WASHINGTON
IN AND FOR PIERCE COUNTY

8
9

BASSAM ZAAFAN, individually and on behalf
of all others similarly situated,

10

Plaintiff,

11

v.

12

UMPQUA BANK,

13

Defendant.

NO. 23-2-09361-1

**PLAINTIFF'S FIRST
INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO
DEFENDANT**

14
15

Pursuant to Rules 26, 33 and 34 of the Civil Rules for Superior Court in the State of

16

Washington, Plaintiff propounds the following interrogatories and requests for production of

17

documents (collectively these "Discovery Requests") to Defendant and its attorneys of record.

18

These Discovery Requests are intended to draw upon the combined knowledge of Defendant,

19

Defendant's agents and attorneys.

20

1.      **Interrogatories**.

21

Pursuant to Civil Rule 33, submit your answers to these interrogatories in writing and

22

under oath to Plaintiff's counsel within forty (40) days from the date of service upon you. If

23

any of these interrogatories cannot be answered in full, then you should answer to the fullest

extent possible, specifying the reasons for your inability to answer the remainder and stating

PLAINTIFF'S FIRST INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO DEFENDANT - 1

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

whatever information or knowledge you have concerning the unanswered portion or portions. In answering these interrogatories, furnish such information as is available to you, regardless of whether this information is obtained directly by you, through your agents or representatives, or by any of your attorneys.

If privilege is claimed as to the information sought in any interrogatory, state the nature of the privilege claimed and identify the dates, locations, documents and parties involved in the communications, activities, or information which is claimed to be privileged.

These interrogatories are continuing in nature. Plaintiff, in accordance with Civil Rule 26, request supplemental answers to the interrogatories in the event new or additional information becomes known to you.

With respect to any interrogatory calling for the identification or listing of documents, unless otherwise indicated herein, you may, in lieu thereof, attach copies of such documents segregated and separated with an identification of the interrogatory or interrogatories to which they are submitted as being responsive. Produce each such document in a manner which preserves its sequential relationship with other documents being produced, including the file folder and folder tabs associated with its file location, and if not apparent on the folder or tabs, accompanied by identification of the person or department from whose files it was taken and such additional source information as is necessary to enable the parties to determine the document's original pre-production location.

2.      **Requests for Production of Documents**.

Pursuant to Civil Rule 34, Plaintiff directs that you produce all of the documents requested herein at the offices of Tousley Brain PLLC, 1200 Fifth Avenue, Suite 1700, Seattle, Washington 98101-4416, within forty (40) days after service of this request, or at such other

PLAINTIFF'S FIRST INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO DEFENDANT - 2

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

1  time and place as may be mutually agreed upon by the parties. Deliver each document

2  produced in a manner which preserves its sequential relationship with other documents being

3  produced, including the file folder and folder tab associated with its file location, and if not

4  apparent on the folder or tab, accompanied by identification of the person or department from

5  whose files it was taken and such additional source information as is necessary to enable the

6  parties to determine the document's original pre-production location. When documents are

7  produced pursuant to this Discovery Request, the documents are to be produced in a manner so

8  that the Discovery Request to which they are responsive can be readily identified.

9       These requests for production of documents are continuing in nature. Plaintiff, in

10  accordance with Civil Rule 26, request supplemental responses to these requests in the event

11  new or additional information within their scope becomes known to you.

12       If any document is withheld under a claim of privilege, please:

13            (a) Identify such document with sufficient particularity as to author(s),

14  addressee(s), recipient(s), and contents to allow plaintiff to bring the matter before the court;

15            (b) State the nature of the privilege(s) asserted; and

16            (c) State in detail the factual basis for the claim of privilege.

17       Unless otherwise specified, the time period for these requests is January 1, 2021 to the

18  present.

19       3.    **Definitions**.

20       Throughout these Interrogatories, including the definition of terms, the singular number

21  includes the plural and the plural number includes the singular; the conjunctive (terms connected

22  by "and") includes the disjunctive (terms connected by "or") and the disjunctive includes the

23  conjunctive; words used in the masculine gender include the feminine and words used in the

PLAINTIFF'S FIRST INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO DEFENDANT - 3

**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

feminine gender include the masculine; the present tense includes the past tense and the past tense includes the present tense, unless the clear meaning indicates otherwise. Wherever the word "including" appears, the meaning intended is "including, but not limited to."

As used throughout these Interrogatories, the following terms have the following meanings:

1. As used here, "Plaintiff" means any named plaintiff in this action.

2. As used herein, "you," and "Your," "Umpqua," and "Defendant" means Umpqua Bank, its affiliates, and its agents.

3. "Lawsuit" means the above-captioned lawsuit.

4. As used herein, the term "Communication" is used in its broadest sense and shall mean the transmission, sending, and/or receipt of information of any kind by and/or through any means, whether face-to-face or otherwise, including, but not limited to, speech, writings, language (machine, foreign, or otherwise), computer electronics of any kind (including e-mail), magnetic tape, video tape, photographs, graphs, symbols, signs, magnetic disks, sound, radio, and/or video signal, telephone, teletype, telecommunication, telegram, facsimile transmission, microfilm, microfiche, and/or photographic film of any type.

5. "Data Breach" means the data breach that You announced on or about August 11, 2023, which occurred in or around in May 2023.

6. "Data Devices" means all electronic devices and storage media, including but not limited to personal computer(s) (desktops, laptops or other computing devices), smartphone(s) or similar equipment or devices, including but not limited to PDAs, digital music players, removable devices such as flash drives or memory cards, CDs, DVDs, floppy disks, or any other equipment capable of storing digital data.

PLAINTIFF'S FIRST INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO DEFENDANT - 4

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992

7.   "Data Security Protocols" means any and all administrative safeguards, physical safeguards, technological safeguards, protocols, procedures, manuals, and implementation specifications related to data security.

8.   "Guidelines and procedures" mean any plan, instruction, regulation, rule, custom, usage or policy, whether written or oral.

9.   "Person" means any natural person, business, corporation, firm, public corporation, municipal corporation, state government, local government, agency, partnership or other legal entity.

10.   "PII" means information that can be used to identify an individual and includes, but is not limited to, names, addresses, dates of birth, identification or account numbers, credit or debit card numbers, Social Security numbers, phone numbers, email addresses, and financial information including but not limited to bank account details.

11.   "Server" means any general purpose computer that runs software which multiple users can access simultaneously located at or servicing Your facilities.

12.   As used herein, the term "person" means any natural person and any other cognizable entity, including, but not limited to, corporations, proprietorships, partnerships, joint ventures, unions or guilds, consortiums, clubs, associations, foundations, governmental agencies or instrumentalities, societies, organizations, and orders.

13.   As used herein with respect to a person, the terms "identify" or "identity" mean to provide, to the extent known, the person's full name, present or last known address, and when referring to a natural person, the present or last known place of employment. Once a person has been identified in accordance with this paragraph, only the name of that person need be listed in response to subsequent requests to identify that person.

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

1    14.    As used herein with respect to a meeting, the term "identify" means to provide, to

2  the extent known, the location of the meeting, the persons attending the meeting, the location and

3  date of the meeting, and the subject matter discussed at the meeting.

4    15.    As used herein, the terms "reflect," "refer," and "relate to" mean constituting,

5  defining, embodying, evidencing, identifying, stating, supporting, comprising, containing,

6  setting forth, showing, disclosing, describing, explaining, summarizing, mentioning, pertaining

7  to, and concerning.

8    16.    "And" or "or" shall be construed either disjunctively or conjunctively as necessary

9  to bring within the scope of the discovery request all responses that might otherwise be construed

10  to be outside of its scope.

11    17.    "Any" shall be understood to include and encompass "all."

12

13                              **INTERROGATORIES**

14    **INTERROGATORY NO. 1:** Do any insurance or indemnification policies exist that

15  may satisfy part or all of a judgment that may be entered in this action, or to indemnify or

16  reimburse for payments made to satisfy such judgment? If so, please state as to each insurance

17  agreement or policy its complete contents, including:

18    (a)    Name, address and telephone number of insurer or indemnitor;

19    (b)    Name, address and telephone number of each named insured or indemnitee;

20    (c)    Each type of coverage provided;

21    (d)    Limits of each type of coverage provided;

22    (e)    Amount of deductible as to each coverage;

23    (f)    Policy period coverage;

PLAINTIFF'S FIRST INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO DEFENDANT - 6

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

1    (g)    Policy number.

2    NOTE: This interrogatory may be responded to by producing a complete copy of the

3    declaration page of each insurance agreement or policy.

4    **ANSWER:**

5

6

7    **INTERROGATORY NO. 2**: Have any of the insurers or indemnitors identified in

8    your response to the preceding interrogatory denied, in whole or in part, coverage or

9    indemnification for any of plaintiff's claims, or accepted defense of this action upon a

10   reservation of rights? If so, please state as to each:

11   (a)    Name, address and telephone number of the insurer or indemnitor;

12   (b)    Contract language upon which the insurer or indemnitor bases its denial of

13   coverage, indemnification or reservation of rights;

14   (c)    Reasons for the insurer or indemnitor's denial of coverage, indemnification or

15   reservation of rights.

16   **ANSWER:**

17

18   **REQUESTS FOR PRODUCTION**

19   **REQUEST FOR PRODUCTION NO. 1**: Produce all non-privileged communications

20   with your insurer(s), other self-insured retention groups (including, not limited to any self-

21   insurance liability program and any re-insurance or excess policies) or indemnitor(s), relating

22   to the Data Breach, including but not limited to written and electronic communications, tender

23   letters, declarations pages and certified insurance policies in effect at the time of the alleged

PLAINTIFF'S FIRST INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO DEFENDANT - 7

1   Data Breach, reservation of rights letters, coverage determination letters, contracts, invoices,

2   and any other electronically stored information relating to the Data Breach.

3       **RESPONSE:**

4

5

6       **REQUEST FOR PRODUCTION NO. 2.** All Documents and Communications

7   referencing the Plaintiff.

8       **RESPONSE:**

9

10

11       **REQUEST FOR PRODUCTION NO. 3.** Documents sufficient to identify: (a) any

12   Person involved in the Data Breach; (b) any Person with responsibility for developing or

13   implementing Your Data Security Protocols; and (c) Persons with authority over Your data

14   security.

15       **RESPONSE:**

16

17

18       **REQUEST FOR PRODUCTION NO. 4.** Documents sufficient to identify the job

19   duties of any Person described in Request No. 3.

20       **RESPONSE:**

21

22

23

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

**REQUEST FOR PRODUCTION NO. 5.** Documents sufficient to identify the qualifications, including education, training and experience, of any Person described in Request No. 3 to perform the job duties identified in Request No. 4.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 6.** All contracts and communications with any Person described in Request No. 3 to perform the job duties identified in Request No. 4.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 7.** All Documents related to the Data Breach, including any internal or external investigations, reports, executive summaries, analyses, or audits.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 8.** All Documents and communications regarding, concerning, or discussing audits, reviews, risk evaluations, penetration tests, or other assessment of Your Data Security Protocols or implementation of those Protocols, including both internal audits and audits conducted by third party vendors.

**RESPONSE:**

PLAINTIFF'S FIRST INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO DEFENDANT - 9

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 ● FAX 206.682.2992

**REQUEST FOR PRODUCTION NO. 9.** All Documents related to changes made to any of Your Data Security Protocols after the Data Breach.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 10.** All Documents discussing Your efforts to notify victims and the general public of the Data Breach.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 11.** All analyses of Your Data Security Protocols or the implementation of Your Data Security Protocols undertaken by You or any third party.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 12.** Documents sufficient to identify each individual whose PII was compromised during the Data Breach, including the type of information that was compromised for each individual, and the format in which You stored that PII, and the location where the data was stored.

**RESPONSE:**

PLAINTIFF'S FIRST INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO DEFENDANT - 10

Tousley Brain Stephens PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

1    **REQUEST FOR PRODUCTION NO. 13.** Documents sufficient to show Your

2    document retention policies, including document retention or destruction policies with respect

3    to e-mail or other electronically stored or recorded documents.

4        **RESPONSE:**

5

6

7        **REQUEST FOR PRODUCTION NO. 14.** All Documents or Communications related

8    to or evidencing the availability or sale of PII following the Data Breach of any individual

9    whose PII You collected, including but not limited to sales over the Internet, the dark web,

10   underground, or black markets.

11       **RESPONSE:**

12

13

14       **REQUEST FOR PRODUCTION NO. 15.** Documents sufficient to identify the forms

15   of notice You provided to Data Breach victims concerning the Data Breach, the date(s) such

16   notice was given, the manner in which the notice was presented, and the recipients of the

17   notice.

18       **RESPONSE:**

19

20

21       **REQUEST FOR PRODUCTION NO. 16.** All documents related to how You

22   determined which individuals should receive notice of the Data Breach.

23       **RESPONSE:**

PLAINTIFF'S FIRST INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO DEFENDANT - 11

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

1    **REQUEST FOR PRODUCTION NO. 17.** Documents sufficient to identify the date

2  that You first learned of the Data Breach.

3    **RESPONSE:**

4

5

6    **REQUEST FOR PRODUCTION NO. 18.** Documents sufficient to identify the date

7  that You first should have been aware of the Data Breach.

8    **RESPONSE:**

9

10

11    **REQUEST FOR PRODUCTION NO. 19.** Documents sufficient to show the nature,

12  scope, and extent of the Data Breach, and when You first learned of the nature, scope, and

13  extent of the Data Breach.

14    **RESPONSE:**

15

16

17    **REQUEST FOR PRODUCTION NO. 20.** Documents sufficient to show when You

18  first should have been aware of the nature, scope, and extent of the Data Breach.

19    **RESPONSE:**

20

21

22    **REQUEST FOR PRODUCTION NO. 21.** All communications between You and any

23  governmental, law enforcement, or regulatory agencies concerning the Data Breach.

PLAINTIFF'S FIRST INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO DEFENDANT - 12

1      **RESPONSE:**

2

3

4      **REQUEST FOR PRODUCTION NO. 22.** All communications between You and any

5  individual whose PII was involved in the Data Breach.

6      **RESPONSE:**

7

8

9      **REQUEST FOR PRODUCTION NO. 23.** All Documents and Communications

10  concerning, reflecting, memorializing or discussing Your internal policies, procedures, and

11  protocols for contracting with third-parties who access or are provided any PII that You collect.

12      **RESPONSE:**

13

14

15      **REQUEST FOR PRODUCTION NO. 24.** All Communications about Data Security

16  or PII between You and any IT vendor involved in setting up, maintaining, inspecting,

17  troubleshooting, or auditing IT systems of third parties to whom You provide PII that You

18  collect.

19      **RESPONSE:**

20

21

22      **REQUEST FOR PRODUCTION NO. 25.** Documents sufficient to show budget

23  requests, actual budgets and the total expenditures, and allocations to ensure the security of PII

PLAINTIFF'S FIRST INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO DEFENDANT - 13

**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992

1    that You maintain, including but not limited to Documents sufficient to show the total amount

2    of money spent on IT services for each year from 2020 to the present.

3        **RESPONSE:**

4

5

6        **REQUEST FOR PRODUCTION NO. 26.** Documents sufficient to identify any third-

7    party IT consultant, expert, forensic firm, or other entity retained by You to audit, inspect,

8    review, or restructure Your data security before You learned of the Data Breach.

9        **RESPONSE:**

10

11

12       **REQUEST FOR PRODUCTION NO. 27.** Documents sufficient to identify any third-

13   party IT consultant, expert, forensic firm, or other entity retained by You to audit, inspect,

14   review, or restructure Your data security after You learned of the Data Breach.

15       **RESPONSE:**

16

17

18       **REQUEST FOR PRODUCTION NO. 28.** Documents sufficient to identify any third-

19   party IT consultant, expert, forensic firm, or other entity retained by You to audit, inspect,

20   review, or restructure the data security of any third party to whom You provide or provided PII

21   that You collected.

22       **RESPONSE:**

23

PLAINTIFF'S FIRST INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO DEFENDANT - 14

1    **REQUEST FOR PRODUCTION NO. 29.** All Documents that relate, refer,

2  memorialize, or otherwise pertain to Your policies, procedures, and protocols for monitoring

3  third parties to whom You provide PII that you collect for unauthorized activity, including

4  reviewing records of information system activity, such as audit logs, access reports, and

5  security incident tracking reports.

6    **RESPONSE:**

7

8

9    **REQUEST FOR PRODUCTION NO. 30.** All Documents that relate, refer,

10  memorialize, or otherwise pertain to Your policies, procedures, and protocols aimed at

11  preventing, detecting, containing, or correcting security violations, including policies,

12  procedures, and protocols for passwords, data encryption, network segmentation, logging,

13  remote access by employees, and system integrity and event monitoring.

14    **RESPONSE:**

15

16

17    **REQUEST FOR PRODUCTION NO. 31.** All Documents that relate, refer,

18  memorialize, or otherwise pertain to Your policies, procedures, and protocols regarding

19  retention and deletion of PII by third parties to whom You provide PII that You collect.

20    **RESPONSE:**

21

22

23

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

1    **REQUEST FOR PRODUCTION NO. 32.** All Documents regarding proposals or

2    recommendations (from both internal and external sources) concerning improvements to Your

3    Data Security Protocols, implementation of Your Data Security Protocols, or the security of

4    Your Networks and the PII contained within them.

5    **RESPONSE:**

6

7

8    **REQUEST FOR PRODUCTION NO. 33.** All Documents regarding Your compliance

9    or noncompliance with any applicable network or data security guidelines or standards, such as

10   NIST, COBIT 5, the HITECH Act, PCI DSS, ISO/IEC27001, and ISO/IEC27002.

11   **RESPONSE:**

12

13

14   **REQUEST FOR PRODUCTION NO. 34.** All Documents that relate, refer,

15   memorialize, or otherwise pertain to Communications regarding the Data Breach issued to the

16   public at large, including Communications between You and any member of the media, and

17   any statements or Communications regarding the Data Breach or prior data breaches.

18   **RESPONSE:**

19

20

21   **REQUEST FOR PRODUCTION NO. 35.** All Documents that discuss the costs You

22   incurred as a result of the Data Breach.

23   **RESPONSE:**

PLAINTIFF'S FIRST INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO DEFENDANT - 16

**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992

1    **REQUEST FOR PRODUCTION NO. 36.** All Documents that refer, relate to, or

2    identify the individuals who obtained Your customers' PII as part of the Data Breach.

3    **RESPONSE:**

4

5

6    **REQUEST FOR PRODUCTION NO. 37.** All Documents that refer, relate to, or

7    identify any market transactions related to or involving PII obtained as part of the Data Breach.

8    **RESPONSE:**

9

10    Dated: August 30, 2023

11    TOUSLEY BRAIN STEPHENS PLLC

12    By: *s/Kaleigh N. Boyd*
        Kaleigh N. Boyd, WSBA #52684
13      kboyd@tousley.com
        1200 Fifth Avenue, Suite 1700
14      Seattle, Washington 98101
        Tel:  206.682.5600
15      Fax: 206.682.2992

16      M. Anderson Berry*
        *aberry@justice4you.com*
17      Gregory Haroutunian*
        *gharoutunian@justice4you.com*
18      Brandon P. Jack*
        *bjack@justice4you.com*
19      **CLAYEO C. ARNOLD**
        **A PROFESSIONAL CORPORATION**
20      865 Howe Avenue
        Sacramento, CA 95825
21      Telephone: (916) 239-4778
        Fax: (916) 924-1829

22      *Pro Hac Vice Application Forthcoming

23      *Attorneys for Plaintiff and the Class*

PLAINTIFF'S FIRST INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO DEFENDANT - 17

1  **CERTIFICATE OF SERVICE**

2      I declare and state that I am a citizen of the United States and resident of the state of

3  Washington, over the age of 18 years, not a party to the above-entitled action, and am

4  competent to be a witness herein.  My business address and telephone number are 1200 Fifth

5  Avenue, Suite 1700, Seattle, Washington 98101, telephone 206.682.5600.

6      On August 30, 2023 I caused to be served the foregoing document on the office named

7  below via legal service:

8      Umpqua Bank
       5005 Meadows Rd Ste 400
9      Lake Oswego, OR, 97035-4291

10     I declare under penalty of perjury under the laws of the state of Washington and the

11 United States that the foregoing is true and correct.

12     Executed this 30th day of August, 2023, at Seattle, Washington.

13

14                         s/Linsey M. Teppner
                           Linsey M. Teppner, Legal Assistant

15

16

17

18

19

20

21

22

23

PLAINTIFF'S FIRST INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO DEFENDANT - 18